# United States District Court Violation Notice

CVB Location Code: **MD81**

Violation Number: **4580911**
Officer Name (Print): **Sloce**
Officer No.: **4012**

4580911

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **10/07/2015 2100**
Offense Charged: ☐ CFR ☒ USC ☐ State Code: **18 USC 1361**

Place of Offense: **Rockenbach Rd adj 3rd Cavalry Rd**

Offense Description; Factual Basis for Charge: **Wrongful damage to Government Property (Negligence/Willful)**

HAZMAT: ☐

### DEFENDANT INFORMATION

Last Name: **Small**
First Name: **Dontae**
M.I.: **M**

Tag No: **PS2089**
State: **MD**
Year: **08**
Make/Model: **Acura**
PASS: ☐
Color: **Silver**

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh/mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: **Unable to Sign**

(Rev. 01/2011)  Original - CVB Copy

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **07 October**, 20**15** while exercising my duties as a law enforcement officer in the **Ft Meade** District of **MD**

I was dispatched to a collision that occurred at the listed location. My investigation revealed that the vehicle collided with the NSA Perimeter fence and a pedestrian gate causing major damages. The vehicle was identified as a Silver 2008 Acura TSX by its MD Reg: PS2089. The driver was identified as Dontae M. Small.

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/07/2015**    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passengers;
CDL = Commercial drivers license;  CMV = Commercial motor vehicle